IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

RUTH FAINE, VERNON FAINE, HELEN )
DEVITO, as the Executor of the Estate of )   Civil Action No.:
FRANK DEVITO, Deceased, and HELEN )   2:19-cv-05729-GRB-RML
DEVITO, Individually, )
)
                  Plaintiffs )
)
ZEP, INC., and DOW CHEMICAL CO., )
)
                  Defendants. )

**STIPULATION OF VOLUNTARY DISMISSAL**
**PURSANT TO F.R.C.P. 41 (a)(1)(A)(ii)**

IT IS HEREBY STIPULATED AND AGREED by and between the parties and/or their respective counsel(s) that the above-captioned action is voluntarily dismissed, without prejudice by Plaintiffs HELEN DEVITO, as the Executor of the Estate of FRANK DEVITO, Deceased, and HELEN DEVITO, Individually, against the defendants ZEP, INC. and DOW CHEMICAL CO. pursuant to the Federal Rules of Civil Procedure 41(a)(1)(A)(ii).

Dated: 6-5-25

_____
Joseph Lanni, Esq.
Nealraj Bhushan, Esq.
The Jacob D. Fuchsberg Law Firm, LLP
Attorneys for Plaintiffs HELEN DEVITO, as
Executor of the Estate of FRANK DEVITO,
and HELEN DEVITO, Individually
*Office Address, Phone & Email:*
3 Park Avenue, Suite 3700
New York, New York 10016
Phone: 212-869-3500, x. 221
Emails: j.lanni@fuchsberg.com,
n.bhushan@fuchsberg.com

Dated: 6/20/25

_____
Joseph B. Schmit, Esq.
James Doody, Esq.
Phillips Lytle LLP
Attorneys for Defendant DOW CHEMICAL, INC.
*Office Address, Phone & Email:*
620 Eighth Avenue, 38th Floor
New York, New York  10018-1442
Phone: 212-759-4888
Email: jschmit@phillipslytle.com;
jdoody@phillipslytle.com

Dated: _____

_____
Kathy K. Condo, Esq.
Joshua S. Snyder, Esq.
Babst Calland Clements and Zomnir, P.C.
Attorneys for Defendant ZEP, INC.
*Office Address, Phone & Email:*
Two Gateway Center, 6th Floor
Pittsburgh, Pennsylvania  15222
Phone: 412-394-6556
Emails: kcondo@babstcalland.com;
jsnyder@babstcalland.com

Dated: 06/06/2025

_____
Selina M. Ellis, Esq.
Joseph Linares, Esq.
Walsh Pizzi O'Reilly Falanga, LLP
Attorneys for Defendant ZEP, INC.
*Office Address, Phone & Email:*
Three Gateway Center
100 Mulberry Street, 15th Floor
Newark, New Jersey  07102
Phone: 973-757-1100
Emails: sellis@walsh.law; jlinares@walsh.law

*Attorneys for Defendant Zep, Inc.*